# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 27, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139360(24)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                            SC: 139360
                                             COA: 289735
                                             Wayne CC: 04-011670
DARNELL MITCHELL,
        Defendant-Appellant.

_____/

On order of the Court, the motion for reconsideration of this Court's January 29, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 27, 2010

d0419

Clerk